David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, ALMA L. ALVAREZ*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ALMA L. ALVAREZ, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendants. | Case No. 2:18-cv-00432-MMD-GWF <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>EQUIFAX ONLY</u>** |

   Plaintiff ALMA L. ALVAREZ and Defendant EQUIFAX INFORMATION SERVICES, LLC, hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and

…

…

…

**ONLY as to, EQUIFAX INFORMATION SERVICES, LLC**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: July 24, 2018

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

/s/Bradley T. Austin, Esq.
Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER, LLP
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169
*Attorney for Defendant*

## ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: July 24, 2018